RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10/2/07

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| RAMONA A. MCDONALD | CIVIL ACTION NO. 06-0921 |
| VERSUS | JUDGE HAIK |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Decision of Administrative Law Judge W. Thomas Bundy, and after an independent review of the record including the Report and Recommendation by Magistrate Judge Methvin and the objections thereto, the court finds the decision of the Administrative Law Judge is correct under applicable law.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **UPHELD** and Ramona McDonald's **REQUEST FOR DISABILITY BENEFITS IS DENIED.**

Lafayette, Louisiana this 1st day of October, 2007.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE